IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv–03021-BNB

PAUL MATTHEW CRUZ,

    Plaintiff,

v.

RICK RAEMISCH, in his Official Capacity as Executive Director of the Colorado
    Department of Corrections,

    Defendant.

## ORDER DRAWING CASE

After review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that this case should be drawn to a presiding judge and, if appropriate, to a magistrate judge.  See D.C.COLO.LCivR 40.1(a).  Accordingly, it is

ORDERED that this case shall be drawn to a presiding judge and, if appropriate, to a magistrate  judge.

DATED November 13, 2014, at Denver, Colorado.

                                              BY THE COURT:

                                               s/ Boyd N. Boland
                                              United States Magistrate Judge